STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, County of New York

..................................................................................................................

Nancy Laub                                                                                         07civ9781

                                against                                   Plaintiff(s)

Aetna Life Insurance Company

                                                             Defendant(s)

..................................................................................................................

RE : Aetna Life Insurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons in a Civil Action in the above entitled action on November 16, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Riemer & Associates LLC
    60 E. 42nd Street, Suite 2430
    New York,  New York 10165

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to  Defendant :

    CT Corporation System
    Aetna Life Insurance Company
    111 8th Avenue
    New York,  New York 10011

*Clark J. Williams* (signature)

by Clark J. Williams
Assistant Deputy Superintendent & Chief

Dated Albany, New York, November 19, 2007
423638        C.A.#188320