FORM C9B
1SMR93664 - RIEMER & ASSOCIATES LLC

UNITED STATES SOUTHERN DIST. COURT - NEW YORK COUNTY

```
------------------------------------
NANCY LAUB,                              Index No: 07 CIV 9781
                                         Date Filed:   /   /
           PLAINTIFF                     Office No:
     - vs. -                             Court Date:

AETNA LIFE INSURANCE COMPANY ET AL,

           DEFENDANT
------------------------------------
```

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **11/19/2007** at **2:37PM** at **55 WATER STREET - 22ND FL , NEW YORK, NY 10041-0099**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **THE DEPOSITORY TRUST & CLEARING CORPORATION** the **DEFENDANT** therein named by delivering to, and leaving personally with **MICHELLE PATTERSON, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BLACK** | HAIR: **BLACK** |
| APP. AGE: **30** | APP. HT: **5'4** | APP. WT: **130** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **11/20/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG - 916033
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP