UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NANCY LAUB,

                                    Plaintiff,

        -against-

AETNA LIFE INSURANCE COMPANY,
THE DEPOSITORY TRUST & CLEARING
CORPORATION and THE DEPOSITORY TRUST
& CLEARING CORPORATION HEALTH PLAN,

                                  Defendants.
-------------------------------------------------------------------X

Case No.: 07 CIV 9781 (JSR)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT
ELECTRONICALLY FILED

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, AETNA LIFE INSURANCE COMPANY, certifies that the following is corporate parent, subsidiary, or affiliate of that party which is publicly held.

    1.    Aetna Inc.

Dated: New York, New York
          January 10, 2008

                                    Respectfully Submitted,

                                    s/
                                    MICHAEL H. BERNSTEIN (MB-0579)
                                    SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                    *Attorneys for Defendant*
                                    AETNA LIFE INSURANCE COMPANY
                                    125 Broad Street, 39th Floor
                                    New York, New York 10004
                                    Tel: (212) 422-0202
                                    Fax: (212) 422-0925
                                    **[SDMA File #0322-008090]**

TO: Scott M. Riemer, Esq. (SR5005)
RIEMER & ASSOCIATES LLC
*Attorneys for Plaintiff*
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700

NY/517730v1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT (On behalf of Aetna Life Insurance Company)** was served via ECF and regular mail on January 10, 2008, upon

Scott M. Riemer, Esq. (SR5005)
RIEMER & ASSOCIATES LLC
*Attorneys for Plaintiff*
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700

Dated: January 10, 2008

                                 s/ _____
                                 Michael H. Bernstein (MB-0579)