UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCY LAUB,

                                Plaintiff,

     -against-

AETNA LIFE INSURANCE COMPANY,
THE DEPOSITORY TRUST & CLEARING
CORPORATION and THE DEPOSITORY TRUST
& CLEARING CORPORATION HEALTH PLAN,

                               Defendants.
------------------------------------------------------------X

Case No.: 07 CIV 9781 (JSR)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT ELECTRONICALLY FILED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants, THE DEPOSITORY TRUST & CLEARING CORPORATION and THE DEPOSITORY TRUST & CLEARING CORPORATION HEALTH PLAN, certifies that it has no corporate parent, subsidiary, or affiliates that are publicly held and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       January 10, 2008

                                Respectfully Submitted,

                                s/
                                MICHAEL H. BERNSTEIN (MB-0579)
                                SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                *Attorneys for Defendant*
                                THE DEPOSITORY TRUST & CLEARING
                                CORPORATION and THE DEPOSITORY TRUST &
                                CLEARING CORPORATION HEALTH PLAN
                                125 Broad Street, 39th Floor
                                New York, New York 10004
                                Tel: (212) 422-0202
                                Fax: (212) 422-0925
                                **[SDMA File #0322-008090]**

TO:   Scott M. Riemer, Esq. (SR5005)
      RIEMER & ASSOCIATES LLC
      *Attorneys for Plaintiff*
      60 East 42nd Street, Suite 2430
      New York, New York 10165
      (212) 297-0700

NY/517732v1

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT (On behalf of The Depository Trust & Clearing Corporation and The Depository Trust & Clearing Corporation Health Plan)** was served via ECF and regular mail on January 10, 2008, upon

                Scott M. Riemer, Esq. (SR5005)
                RIEMER & ASSOCIATES LLC
                *Attorneys for Plaintiff*
                60 East 42nd Street, Suite 2430
                New York, New York 10165
                (212) 297-0700

Dated: January 10, 2008

                                        s/
                              Michael H. Bernstein (MB-0579)

NY/517732v1