UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCY LAUB                                                                  07 CV 9781 (JSR)

                Plaintiff,                              STIPULATION
                                                                                          OF DISMISSAL
    -against-

AETNA LIFE INSURANCE COMPANY, THE
DEPOSITORY TRUST & CLEARING CORPORATION
AND THE DEPOSITORY TRUST & CLEARING
CORPORATION HEALTH PLAN

                Defendant.
------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties that the above captioned action be, and the same hereby is, dismissed with prejudice but without interest or costs to either party.

Dated: New York, New York
          August 5, 2008

RIEMER & ASSOCIATES, LLC                    SEDGWICK, DETERT, MORAN & ARNOLD
Attorney for Plaintiff                                      Attorney for Defendant
60 East 42nd Street,                                     125 Broad Street
Suite 2430                                                     39th Floor
New York, NY 10165                                    New York, NY 10004-2400
(212) 297-0700                                              (212) 898-4011

BY: _____              BY: _____
    Scott M. Riemer, Esq. (SR5005)                    Michael H. Bernstein, Esq. (MB0579)

So Ordered: _____
                      U.S.D.J.
                  8-5-08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08
```